# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Bethlehem Manor Village, LLC and : 
Pennsylvania Venture Capital, Inc., : 
                Appellants : 
                 : 
         v. :   No. 1792 C.D. 2019
                 : 
Zoning Hearing Board of the : 
City of Bethlehem : 

**PER CURIAM**                 **O R D E R**


**NOW**, April 9, 2021, it is ordered that the above-captioned Memorandum Opinion, filed January 29, 2021, shall be designated OPINION and shall be REPORTED.